# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | | |
|---|---|---|---|
| **DATE:** 07/08/2020 | | **CASE NUMBER:** | **4:19cr191(1)** |
| **LOCATION:** Plano, TX | USA | | |
| **JUDGE:** Richard Schell | | **Ernest Gonzalez** | Assigned |
| **DEP.CLERK:** Lori Stover | V. | **Ernest Gonzalez** | Appeared |
| **REPORTER:** Lori Barnett | | | |
| **USPO:** Grant Baker | **ALAN FERREYRA-OROZCO** | | |
| **INTERP:** Not Required | Defendant | | |
| | | **Hilda Hahn** | |
| | | Defense Attorney | |

**Begin**: 1:45 pm    **Adjourn**: 2:06 pm

### SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 57 months | | | | 2 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

The defendant is ineligible for federal benefits for a period of 3 years from the date of this order.

Any state pending charges shall run concurrent with this sentence.

The court recommends that defendant participate in the 500 hour residential drug abuse treatment program.

The defendant must participate in a program of testing and treatment for substance abuse.

The defendant must participate in a psychiatric, psychological, or mental health treatment program.

The court will recommend that the defendant be housed at Seagoville.

Defendant remanded to the U.S. Marshal.

X . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.